**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TIMOTHY SWEENEY,**

                **Plaintiff,**

-vs-                                               Case No. 6:06-cv-398-Orl-18KRS

**CITY OF WEST MELBOURNE, et al.,**

                **Defendants.**

_____

**ORDER TO STRIKE**

On June 30, 2006, counsel for the Plaintiff filed Plaintiff's Rule 26(a)(1) Disclosure. Doc. No. 29. This document fails to comply with the Middle District of Florida Local Rules. *See* M.D. Fla. L.R. 3.03(d). Accordingly, this document is stricken from the record. The Clerk is hereby directed to delete this document from the file. Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

**DONE** and **ORDERED** in Orlando, Florida this 5th day of July, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties